683 A.2d 874

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Patrick M. BRITTAIN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 31, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 31st day of October, 1996, the Petition for Allowance of Appeal is hereby GRANTED; that the judgment of sentence imposed on Appellant, Patrick M. Brittain, for violation of 75 Pa.C.S. § 3731(a)(5) is VACATED; and this matter is REMANDED to the Common Pleas Court of Venan-

go County for resentencing in light of this court's decision in *Commonwealth v. Barud,* 681 A.2d 162 (Pa.1996).